Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
18321 Ventura Blvd. Suite 355
Tarzana, CA 91356
TEL/FAX:  (800) 935-3170
mshvarts@dagaccess.com
Attorneys for Plaintiff, Jo Giron

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO GIRON, | ) |
|           Plaintiff, | ) Case No.: 1:24-cv-00541-SKO |
| | ) |
| vs. | ) ORDER FOR AWARD OF EAJA |
| | ) FEES |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) (Doc. 21) |
|           Defendant. | ) |
| | ) |

Based upon the parties' Stipulation and Unopposed Motion for Award of EAJA Fees ("Stipulation") (Doc. 21), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **FOUR THOUSAND THREE HUNDRED AND FIVE DOLLARS** ($4,305.00)   as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

IT IS SO ORDERED.

Dated:  __**February 7, 2025**__        ____*/s/ Sheila K. Oberto*____
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28